**Plaintiff's Notice of Withdrawal of Motion**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jayson Benloss
Plaintiff,

                        Case No. 1:25-CV-09105

v.

Federal Deposit Insurance Corporation, Travis Hill (Official Capacity), Kent Bergey (Individual Capacity)
Defendant.


Honorable Magistrate Judge Sarah Netburn

United States District Court

Southern District of New York

Re: Notice of Withdrawal of Motion to Proceed Under a Pseudonym

Dear Judge Netburn:

Plaintiff respectfully submits this letter to formally withdraw the previously filed motion requesting permission to proceed under a pseudonym. Plaintiff acknowledges and fully accepts the grounds articulated by the Court in its Opinion & Order dated December 4, 2025, including the Court's guidance that the justifications initially provided are insufficient to support the extraordinary relief sought.

Plaintiff further agrees with and reaffirms the Court's statement that the public maintains a legitimate interest in transparency, particularly where a federal agency is alleged to have engaged in unlawful retaliatory conduct. Plaintiff recognizes that, as the Court noted, employment discrimination actions are routinely litigated under the parties' real names and that such transparency promotes both judicial integrity and public trust.

Consistent with these principles, Plaintiff hereby withdraws the motion and confirms that he will provide all evidentiary materials currently in his possession—including documentation relating to job offer rescissions—at the earliest appropriate opportunity. Plaintiff also affirms his willingness to submit these materials as exhibits upon the Court's directive, should the Court deem such submission appropriate.

Plaintiff expresses appreciation for the Court's consideration and respectfully requests that the motion be marked withdrawn.

Respectfully submitted,

_____
Jayson Benloss, Plaintiff
Pro Se Litigant